IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LAWRENCE E. COMBS,

    Plaintiff,

v.                                                                   Civil Action No. **3:20CV563**

T. GIDDENS, *et al.*,

    Defendants.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation, (ECF No. 67), is ACCEPTED and ADOPTED;
2. Claim Four (c) is DISMISSED AS MOOT and Claim Four (d) is DISMISSED WITH PREJUDICE;
3. The action is DISMISSED;
4. The Clerk is DIRECTED to enter a final appealable Judgment in a Civil Case in favor of Defendants as a separate entry on the docket; and,
5. Combs does not request, and the Court does not grant, leave to amend, rendering this Order final and appealable. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022).

Should Combs desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Combs and counsel of record.

It is so ORDERED.

/s/            
John A. Gibney, Jr.
Senior United States District Judge

Date: 30 August 2023
Richmond, Virginia